### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Matthew J. Skahill |
| v. | : | |
| | : | Mag. No. 24-4000 |
| CRAIG CALLAWAY | : | |
| | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Eric A. Boden and James H. Graham, Assistant United States Attorneys, appearing), and defendant Craig Callaway (by Megan Davies, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including June 28, 2024, to permit defense counsel reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and one prior continuance having been granted in this matter; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the defendant seek additional time to engage in plea negotiations, which would render any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by the granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 29th day of March, 2024;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including June 28, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including June 28, 2024, shall be excludable in computing time under the Speedy Trial Act of 1974.

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HONORABLE MATTHEW J. SKAHILL
United States Magistrate Judge

Consented to as to form and entry:

_____
Megan Davies, Esq.
Counsel for Defendant

_____
Eric A. Boden
James H. Graham
Assistant U.S. Attorneys